DAVID J. BROBECK, JR., Bar No.: 46569
STEPHEN J. MARTINO, Bar No.: 126035
**BEAM, BROBECK, WEST, BORGES & ROSA LLP**
1301 Dove Street, Suite 700
Newport Beach, CA 92660-2412
Telephone:  (949) 208-8070
Facsimile:   (949) 208-8075
dbrobeck@bbwbrlawfirm.com
smartino@bbwbrlawfirm.com

JS - 6

Attorneys for Defendant County of Orange, for itself and on behalf of the Orange County Sheriff's Department (**Governmental entity, no filing fee required;** *Gov't Code* **§6103**)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION - SANTA ANA

| | |
|---|---|
| ELIAS GOMEZ through Ernesto Gomez,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; ORANGE COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 40, inclusive,<br><br>Defendants. | CASE NO.: SACV10-01045 AG (MLGx)<br><br>JUDGE ANDREW J. GUILFORD<br>COURTROOM: 10D<br><br>**JUDGMENT**<br><br>DATE:   October 24, 2011<br>TIME:    10:00 a.m.<br>DEPT:   10D<br><br>Complaint Filed:  July 9, 2010<br>Trial Date:           January 24, 2012 |

After review of the moving and opposing papers, the Motion for Summary Judgment on behalf of the County of Orange, for itself and on behalf of the Orange County Sheriff's Department, was **GRANTED**.

**IT IS HEREBY ORDERED that JUDGMENT be entered in favor of defendant County of Orange, for itself and on behalf of the Orange County Sheriff's Department, and against plaintiff, Elias Gomez, in the above noted matter.**

DATED November 28, 2011

_____
ANDREW J. GUILFORD
JUDGE OF THE UNITED STATES
DISTRICT COURT

207194.1

1

JUDGMENT